```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 08207
    SARAH A RUFFIN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7287

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/08/2005 and was confirmed 05/11/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 12/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
MIDFIRST BANK              MORTGAGE ARRE     3291.73             .00        3291.73
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSECURED         8696.66             .00        8696.66
PEOPLES GAS LIGHT & COKE   UNSECURED             .00             .00            .00
MIDFIRST BANK              CURRENT MORTG         .00             .00            .00
TIMOTHY K LIOU             DEBTOR ATTY      2,079.20                        2,079.20
TOM VAUGHN                 TRUSTEE                                            797.41
DEBTOR REFUND              REFUND                                              31.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  14,896.00

PRIORITY                                             .00
SECURED                                         3,291.73
UNSECURED                                       8,696.66
ADMINISTRATIVE                                  2,079.20
TRUSTEE COMPENSATION                              797.41
DEBTOR REFUND                                      31.00
                        ---------------    ---------------
TOTALS                   14,896.00             14,896.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 08207 SARAH A RUFFIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 08207 SARAH A RUFFIN